## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BISHOP ROXAEN CORPUS-CHRISTI, :     Civil No. 4:26-CV-00275
*et al.*,                              :

          Plaintiffs,         :

          v.                  :

THE UNITED STATES, *et al.*,      :

          Defendants.      :     Judge Jennifer P. Wilson

## ORDER

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that the court dismiss this action without prejudice for failure to comply with the court's March 5, 2026 order requiring Plaintiffs to either pay the filing fee or file a proper motion to proceed *in forma pauperis*. (Doc. 10.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Chief Judge

1

Bloom's analysis is well-reasoned and fully supported by the record and applicable

law.  Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 10, is **ADOPTED IN PART**. The court adopts the recommendation to dismiss this action without prejudice, but will not close the case at this time.

2) This matter is referred back to Chief Judge Bloom to review the affidavit of poverty filed by Plaintiff Corpus-Christi, Doc. 11.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: April 24, 2026